371 A.2d 501

**In re Dupont Borough WARDS**

**Appeal of Joseph J. VIDA et al.**

Supreme Court of Pennsylvania.

Argued April 14, 1977.

Decided April 15, 1977.

James F. Geddes, Jr., Wilkes Barre, for appellants.

Thomas Glenn, Wilkes Barre, for appellees.

Ralph Johnston, County Solicitor, Wilkes Barre, for appellee, Board of Elections.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### ORDER

PER CURIAM.

The above-captioned appeal having been erroneously filed with this Court, the same is hereby transferred to

the Commonwealth Court of Pennsylvania for disposition. The Application for Stay or Injunction Pending Appeal is likewise transferred to the Commonwealth Court for disposition.